**DISMISS and Opinion Filed July 10, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00439-CV**
**No. 05-21-00440-CV**
**No. 05-21-00441-CV**

## IN RE MOLLY WILKERSON, Relator

**Original Proceedings from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53554-2020**

## MEMORANDUM OPINION

Before Justices Nowell, Garcia, and Kennedy[1]
Opinion by Justice Nowell

We reinstate these original proceedings. Relator is a vexatious litigant subject to a prefiling order that prohibits her from filing pro se any new litigation without first obtaining permission from the local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE Ann. §§ 11.102(a), 11.103(a). A petition for writ of mandamus is a civil action to which the vexatious litigant statute applies. *Cooper v. McNulty*, No. 05-15-00801-CV, 2016 WL 6093999, at *3 (Tex. App.—Dallas Oct. 19, 2016, no pet.) (mem. op.); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 11.001(2) (defining

---

[1] The Honorable Justice David Schenck was originally a member of this panel. The Honorable Justice Nancy Kennedy succeeded Justice Schenck on this panel when his term expired on December 31, 2022.

"litigation" as "a civil action commenced, maintained, or pending in any state or federal court").

Relator filed these original proceedings without first obtaining the required permission. Accordingly, on November 8, 2021, we ordered relator to file a copy of an order from the local administrative judge giving her permission to file these original proceedings. On November 17, 2021, the local administrative judge denied such permission. On November 23, 2021, we granted relator's motion to abate these original proceedings pending resolution of her appeal from the order declaring her a vexatious litigant.

On June 30, 2023, this Court affirmed the trial court's order declaring relator a vexatious litigant. *Wilkerson v. Maldonado*, No. 05-21-00360-CV, 2023 WL 4286021, at *1 (Tex. App.—Dallas June 30, 2023, no pet.). Accordingly, we reinstate and dismiss these original proceedings because relator has failed to obtain an order granting her permission to file them. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.1035(b) (the court "shall dismiss the litigation unless the [vexatious litigant subject to a prefiling order] . . . obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing of the litigation").

| | |
|---|---|
| 210439f.p05 | /Erin A. Nowell// |
| 210440f.p05 | ERIN A. NOWELL |
| 210441f.p05 | JUSTICE |